IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60032
Conference Calendar
_____


RAFAEL ANTONIO MARENCO-ICAZA,
MAIRA DEL SOCORRO ORTEGA-AGUILAR DE MARENCO,
RAFAEL ANTONIO MARENCO-ORTEGA,
NORLAN ALBERTO MARENCO, and
HENRY A. MORENCO-ORTEGA,

                                        Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.


- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
A28 686 029, A26 087 240, A28 686 030,
A26 087 239, A26 087 238
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     The Marencos assert that the Board of Immigration Appeals
(BIA) abused its discretion in denying the motion to reopen the
deportation proceedings for an application for suspension of
deportation.  The Marencos have not appealed the BIA's denial of
their applications for asylum.  The BIA did not abuse its

---

     [*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

discretion in denying the motion to reopen because the Marencos did not establish eligibility for suspension of deportation. I.N.S. v. Doherty, 502 U.S. 314, 323 (1992); Hernandez-Cordero v. I.N.S., 819 F.2d 558, 563 (5th Cir. 1987)(en banc).

The petition for review is DENIED.